UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Jane Doe
                         Plaintiff,

v.                                         Case No.: 1:25−cv−15773
                                                                 Honorable LaShonda A. Hunt

Blessey Marine Service, Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: This case has been assigned to the calendar of Judge LaShonda A. Hunt. Plaintiff filed this case in state court under a pseudonym. Defendant has since removed the case to federal court [1]. First, the Court notes that the Civil Cover Sheet [2] filed by Defendant does not comply with Local Rule 3.1(a), which states that, "If any litigant is using a pseudonym, the designation sheet must disclose the litigant's true name." Second, the Seventh Circuit has "repeatedly voiced... disfavor of parties proceeding anonymously, as anonymous litigation runs contrary to the rights of the public to have open judicial proceedings and to know who is using court facilities and procedures funded by public taxes. To proceed anonymously, a party must demonstrate exceptional circumstances that outweigh both the public policy in favor of identified parties and the prejudice to the opposing party that would result from anonymity." *Doe v. Village of Deerfield*, 819 F.3d 372, 376–377 (7th Cir. 2016); *see also Doe v. Loyola Univ. Chicago*, 100 F.4th 910, 913 (7th Cir. 2024). Accordingly, by 1/21/26, Plaintiff must file either (a) an amended civil cover sheet and complaint disclosing her true name or (b) a civil cover sheet disclosing her true name under seal, along with a properly noticed motion to proceed anonymously under a pseudonym. Defendants' motion to dismiss [7] is denied without prejudice to renewal after the status of the complaint has been resolved. The motion hearing set for 1/13/26 [8] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.