UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:25-cv-15773 |
| | ) |
| v. | ) Honorable LaShonda A. Hunt |
| | ) |
| BLESSEY MARINE SERVICE, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO PROCEED UNDER FICTITIOUS NAME**

Plaintiff, JANE DOE, by and through her attorneys, SUSAN E. LOGGANS & ASSOCIATES, P.C., moves this Honorable Court to enter an Order to proceed against Defendants, BLESSEY MARINE SERVICE, INC., a corporation, and BLESSEY MARINE, INC., a corporation, to preserve confidentiality by using a fictitious name, and in support thereof, state as follows:

Plaintiff files an action seeking recovery for damages resulting from severe personal and pecuniary injuries for the sexual acts and abuses of Defendant and its employee.

This case calls for the most stringent standard of confidentiality because the Defendants caused Plaintiff irreparable psychological trauma that will certainly worsen if these matters are made public.

The entry of this Order by this Court is necessary to prevent any further harm to the Plaintiff through the dissemination of such confidential information. Entry of this Order is necessary to perform substantial justice.

Furthermore, the Plaintiff fears reprisal from the Defendant and the abusive employee of the Defendant if her name is revealed.

WHEREFORE, Plaintiff, JANE DOE, prays that this Honorable Court to enter an Order issued to Defendants, BLESSEY MARINE SERVICE, INC., a corporation, and BLESSEY MARINE, INC., a corporation, prohibiting the disclosure of Plaintiff's name and other identifying information, through the entirety of this cause of action.

/s/ Susan E. Loggans
Attorneys for Plaintiff

SUSAN E. LOGGANS & ASSOCIATES, P.C.
180 North LaSalle Street, Suite 2640
Chicago, IL 60601
312-201-8600
Service by Facsimile: 312-201-1180
Service by E-mail: thefirm@logganslaw.com
Firm I.D.#21683