UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Jane Doe
                                    Plaintiff,
v.                                                          Case No.: 1:25−cv−15773
                                                            Honorable LaShonda A. Hunt
Blessey Marine Service, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 26, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's motion to proceed under pseudonym [10] is granted at this time. Plaintiff may proceed under pseudonym and the document filed at Dkt. [14] shall remain under seal pending further order. However, the Court may revisit the issue at any time, including if Defendants promptly object. Defendant may file a renewed motion to dismiss [7] [9] by 2/4/26; otherwise, the parties must file a joint status report for new case by that date. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.