## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jane Doe
                      Plaintiff,

v.                                              Case No.: 1:25−cv−15773
                                              Honorable LaShonda A. Hunt

Blessey Marine Service, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 17, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: In−person and telephonic motion hearing held. Plaintiff appeared telephonically. Without objection, Attorney Patrick J. Condron's motion to withdraw as counsel for Plaintiff [19] is granted, and Mr. Condron is withdrawn from this case. As discussed, Plaintiff (whose identity has remained anonymous) shall file a pro se appearance form (listing an email address) until she hires new counsel. Any counsel retained by Plaintiff must file an appearance on her behalf by 3/17/26. The current briefing schedule [18] on Defendant's motion to dismiss [16] is stayed pending further court order. A new briefing schedule will be entered by separate order after the deadline for counsel to appear has passed. Since Plaintiff is now representing herself, she is referred to make an appointment at the Hibbler Help Desk, a free self−help assistance program that is available to pro se parties, by following this link: https://hibbler−memorial−pro−se−assistance−program .appointlet.com or calling the Clerk's Office at 312−435−5691. Additional information for self−represented parties is available on the Court's website (https://www.ilnd.uscourts.gov), through the link for Information for People without Lawyers (https://www.ilnd.uscourts.gov/Pages.aspx?/2+UWDbt VzCDq3Lu8BusuQ==). Attorney Condron shall email a copy of this order to Plaintiff. Plaintiff's name will be redacted from the transcript of today's hearing. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.