**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe

                    Plaintiff,

v.                                                          Case No.: 1:25−cv−15773
                                                            Honorable LaShonda A. Hunt

Blessey Marine Service, Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

        MINUTE entry before the Honorable LaShonda A. Hunt: In light of Plaintiff's
filing of an amended complaint [33], Defendants' motion to dismiss [16] and the
associated briefing schedule [32] are terminated as moot. Defendant's response to the
amended complaint remains due by 7/6/26 [32]. The Court notes that Plaintiff failed to
include a redline version of her amended complaint as required under Judge Hunt's case
procedures. Counsel is reminded to review and comply with all procedures and rules.
Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.