# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jane Doe

                    Plaintiff,

v.                                    Case No.: 1:25−cv−15773

                                    Honorable LaShonda A. Hunt

Blessey Marine Service, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendant's motion to dismiss [37] was not noticed for presentment in accordance with this Court case management procedures even though counsel was warned a week ago about the consequences of continued non−compliance [36]. The motion [37] is summarily stricken. Counsel is admonished for continually flouting court rules and procedures and warned that sanctions may be imposed. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.